No. D–467.  IN RE DISBARMENT OF MCGLASSON.  Disbarment entered.  [For earlier order herein, see 469 U. S. 1083.]

No. 102, Orig.  INDIANA *v.* UNITED STATES ET AL.  Motion of plaintiff to expedite consideration of motion for leave to file bill of complaint denied.

No. 84–468.  CITY OF CLEBURNE, TEXAS, ET AL. *v.* CLEBURNE LIVING CENTER, INC., ET AL.  C. A. 5th Cir.  [Certiorari granted, 469 U. S. 1016.]  Case restored to calendar for reargument.  JUSTICE POWELL took no part in the consideration or decision of this order.

No. 84–679.  BATEMAN EICHLER, HILL RICHARDS, INC. *v.* BERNER ET AL.  C. A. 9th Cir.  [Certiorari granted, 469 U. S. 1105.]  Motion of the Solicitor General to permit Bruce N. Kuhlik, Esquire, to present oral argument *pro hac vice* granted.  JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 84–806.  BUCKINGHAM CORP. *v.* ODOM CORP., DBA ARIZONA DISTRIBUTING CO.  C. A. 9th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 84–836.  VASQUEZ, WARDEN *v.* HILLERY.  C. A. 9th Cir.  [Certiorari granted, 470 U. S. 1026.]  Motion for appointment of counsel granted, and it is ordered that Clifford Earl Tedmon, Esquire, of Sacramento, Cal., be appointed to serve as counsel for respondent in this case.

No. 84–1231.  STRICKLAND, WARDEN, ET AL. *v.* KING.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 84–1070.  WITTERS *v.* WASHINGTON DEPARTMENT OF SERVICES FOR THE BLIND.  Sup. Ct. Wash.  Certiorari granted.

No. 83–2004.  MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. *v.* ZENITH RADIO CORP. ET AL.  C. A. 3d Cir.  Certiorari granted limited to Questions 1 and 2 presented by the petition.